UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BECKER PRESERVATION, LLC, a Nevada Limited Liability Company,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JAMES A. MCCLAIN, an individual, RONALD A. MCCLAIN, an individual, PACIFIC LIFE INSURANCE COMPANY, a foreign corporation, PRUCO LIFE INSURANCE COMPANY, a foreign Corporation, SECURITY LIFE OF DENVER INSURANCE COMPANY, a foreign corporation, DOE INDIVIDUALS I-X, and ROE COMPANIES I-V,<br><br>　　　　　Defendants. | Case No.: CV-S-05-1034-LRH-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO SET TRIAL DATE** |

Plaintiff BECKER PRESERVATION, LLC by and through its counsel of record, Gregory A. Miles, Esq. of Royal Jones Miles Dunkley & Wilson LLC, Defendant JAMES A. MCCLAIN, in proper person, and Defendant RONALD A. MCCLAIN, by and through his counsel of record, Christian Kemnitz, Esq. of Katten Muchin & Rosenman, having previously filed their Joint Pretrial Order, do hereby stipulate and agree to continue the time for this Court to schedule the trial in this matter until November 17, 2007. The purpose of this Stipulation and

Order is to allow additional time for the parties to finalize their settlement. Settlement terms in principle have been reached, but the parties are still working out the confidentiality portion of the settlement agreement, and may ultimately require the assistance of the Court in resolving this issue.

DATED this ___ day of October, 2007,

ROYAL JONES MILES DUNKLEY & WILSON

_____
Gregory A. Miles, Esq.
Nevada Bar No. 4336
2920 N. Green Valley Pkwy, #424
Henderson, NV 89014
Attorneys for BECKER PRESERVATION

DATED this ___ day of October, 2007,

_____
Michael J. Lohnes, Esq.
Admitted Pro Hac Vice
KATTEN MUCHIN ROSENMAN
525 W. Monroe Street
Chicago, IL 60661-3693
Attorneys for RONALD A. MCCLAIN

DATED this ___ day of October, 2007,

_____
JAMES A. MCCLAIN
4625 Wynn Road, #C-201
Las Vegas, NV 89103
Defendant, in proper person

**ORDER**

IT IS SO ORDERED this 4th day of October, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE